UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT REHABILITATION CENTER, P.C.,<br><br>Defendant. | ) | No. 26 C |

**COMPLAINT**

The United States of America, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, hereby files this complaint and alleges as follows:

**Jurisdiction and Venue**

1. The court has jurisdiction over this matter pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1345, 1355, 1395, and its general equitable jurisdiction.

2. Venue is proper in this district under 28 U.S.C. §§ 1355, 1391, and 1395; and 42 U.S.C. § 5157(b).

**Parties**

3. The plaintiff is the United States of America (United States) on behalf of the United States Department of Labor (DOL), which made the payments that are the subject of this complaint. At all times material to this civil action, the DOL was an agency and instrumentality of the United States.

4. The DOL is responsible for administering the mandate of the Federal Employees' Compensation Act (FECA). It does so through the Office of Workers' Compensation Programs (OWCP). 5 U.S.C. § 8149, 20 C.F.R. § 1.1, *et seq*.

5. The defendant, Summit Rehabilitation Center, P.C., does business in Oak Brook, Illinois.

**Allegations**

6. This action is brought on behalf of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3729, *et seq*.

7. The False Claims Act provides that an individual or entity that submits false or fraudulent claims for payment to the government is liable for three times the amount of any damages sustained as a result, as well as civil penalties of up to $25,076 for each false or fraudulent claim submitted, depending on the year they were submitted.

8. Various claims submitted to the DOL's OWCP by Summit from January 1, 2018, through October 24, 2022, were false and Summit's employees had knowledge of the falsity.

9. By virtue of the acts described above, Summit knowingly presented or caused to be presented to the United States false or fraudulent claims for payment in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A) and (C).

10. By virtue of the acts described above, Summit knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim for payment in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B) and (C).

11. All of the actions described herein were undertaken knowingly by Summit, including reckless disregard and deliberate ignorance as defined in the False Claims Act.

12. As a result of the submission of the false claims and records specified herein, the government made payments in excess of the amounts to which Summit was entitled.

13. By reason of the false or fraudulent claims, Summit has violated the False Claims Act and the United States suffered damages in an amount to be determined at trial.

WHEREFORE, the United States requests that the court enter judgment in favor of the United States and against Summit as follows:

(1) For violation of the False Claims Act, treble damages, including the costs of investigation and prosecution, and civil penalties as allowed by law; and

(2) Any other relief as the court may deem just, reasonable, and proper in this case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Nicole Flores
NICOLE FLORES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9082
nicole.flores3@usdoj.gov